UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE GROUP,<br><br>            Plaintiff,<br><br>       v.<br><br>TG ASSOCIATES LLC, et al.,<br><br>            Defendants. | Case No. 14-cv-01546-NC<br><br>**DISMISSAL OF DEFENDANT RICHARD AND GLORIA JONES 2002 TRUST** |

In the parties' March 4, 2015, joint case management statement, plaintiff informs the Court that it has dismissed defendant Richard and Gloria Jones 2002 Trust. Dkt. No. 55 at 2. Therefore, the Court dismisses without prejudice defendant Richard and Gloria Jones 2002 Trust.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:14-cv-01546-NC