Michael J. Timpane (SBN 115238)
Edward R. Stepans (SBN 154233)
**SALAMIRAD, MORROW, TIMPANE & DUNN LLP**
One Sansome Street, Suite 3500
San Francisco, California 94104
415-946-8991
415-946-8993 (f)
mt@smtdlaw.com; es@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE GROUP

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE GROUP, an Ohio corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TG ASSOCIATES, LLC, a California limited liability company; THE CLARK E. AND GERALDINE M. WALLACE TRUST dated July 9, 1991, a California trust; KENNETH B. RAWLINGS, an individual, and for the KENNETH RAWLINGS TRUST OF 2002, a California trust; S.N. BARNES LP, a California limited partnership; NORMAN A. BARNES, an individual; JERALD G. SCHUTTE, an individual; CLARK WALLACE, an individual; GERALDINE WALLACE, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | **Case 3:14-CV-01546 NMC**<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br><br>Date:　October 7, 2015<br>Time:　10:00 AM<br>Place:　Courtroom D, 15th Floor<br>　　　　450 Golden Gate Ave.<br>　　　　San Francisco, CA |

///

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
1

The parties to the above-entitled action mutually agree and respectfully request this Court to continue the Case Management Conference currently set for Wednesday, October 7, 2015 at 10:00 a.m.  The parties propose to continue the Case Management Conference to Wednesday, October 28, 2015 at 10:00 a.m., or as soon thereafter as this Court is available.

The reason for this request is that the parties are currently working on a Joint Case Management Conference Statement, which includes a joint discovery plan, to be submitted to this Court for the Court's approval at the Case Management Conference.  The parties request additional time to complete the Joint Statement, and to meet and confer pursuant to Federal Rule of Civil Procedure 26(f).

Respectfully submitted,

Dated: September 30, 2015     /s/ Edward Stepans
                              Attorney for Plaintiff Great American Insurance Group

Dated: September 30, 2015     /s/ Tyson Shower
                              Attorney for Defendants Kenneth Rawlings and Kenneth Rawlings Trust of 2002

Dated: September 30, 2015     /s/ Douglas Marshall
                              Attorney for Defendants TG Associates, LLC; S.N. Barnes, LP; and Norman A. Barnes

Dated: September 30, 2015     /s/ Mark Saltzman
                              Attorney for Defendant Jerald Schutte

Dated: September 30, 2015     /s/ Marshall Wallace
                              Attorney for Defendants Clark E. Wallace; Geraldine M. Wallace; and The Clark E. And Geraldine M. Wallace Trust

1   IT IS SO ORDERED.

2   Dated: September 30, 2015



_____
United States Magistrate Judge

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

3