UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE GROUP,<br><br>    Plaintiff,<br><br>      v.<br><br>TG ASSOCIATES LLC, et al.,<br><br>    Defendants. | Case No.14-cv-01546-NC<br><br>**ORDER TO SHOW CAUSE** |

On December 2, 2015, plaintiff moved to amend the complaint. Defendants' response was due on December 16, 2015. No response has been filed. Defendants must file an opposition or statement of non-opposition by December 21, 2015.

**IT IS SO ORDERED.**

Dated: December 18, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:14-cv-01546-NC