**TYSON M. SHOWER**
PARTNER
DIRECT DIAL (916) 491-3015
DIRECT FAX (916) 491-3075
E-MAIL tshower@hansonbridgett.com



April 26, 2016

Chief Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
Courtroom G - 15th Floor
San Francisco, CA 94102

Re:     *Great American Insurance Group v. TG Associates, LLC, et al.*
        Case No: 14-CV-01546-NC (JCS)

Your Honor:

At the scheduling conference with Judge Kim for the Mandatory Settlement Conference scheduled for May 3, 2016, I notified Judge Kim that the client representative, Larry Deatherage, Court-appointed Guardian ad Litem for Defendants Kenneth B. Rawlings, and Trustee of the Kenneth Rawlings Trust of 2002, was not available on May 3, 2016 because he must be in San Diego that day.  Therefore, Judge Kim excused Mr. Deatherage's presence at the Settlement Conference and allowed him to appear by phone.  Consequently, I assume that Mr. Deatherage's presence continues to be excused for the May 3, 2016 Settlement Conference.  I also note that the City Attorney for the City of Tracy is also not available and Judge Kim made the same arrangements for the City Attorney.

All parties are aware of Judge Kim's order excusing Mr. Deatherage from personal appearance and we plan to have Mr. Deatherage available by telephone for the May 3, 2016 Settlement Conference.

Respectfully yours,                      Dated: April 26, 2016



Tyson M. Shower

TMS:bds

cc:     Richard W. Osman
        Michael Willcoxon
        Douglas A. Marshall
        Andrew G. Guess

Chief Magistrate Judge Joseph C. Spero
April 26, 2016
Page 2


      Edward R. Stepans
      Michael J. Timpane
      Douglas B. Jacobs
      Mark E. Saltzman
      Marshall C. Wallace
      Evan Baker
      Larry Deatherage