SALAMIRAD, MORROW,
TIMPANE & DUNN LLP
ATTORNEYS AT LAW

1999 Harrison Street | Suite 660
Oakland, CA 94612
(510) 907-3245
(510) 285-6052 (f)

April 26, 2016

**VIA EMAIL AND U.S. MAIL**

Hon. Chief Magistrate Judge Joseph Spero
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

    Re: *Great American Insurance Group v. TG Associates, LLC, et al.*
    U.S.D.C. Northern District of CA Case No. 14-cv-01546 (NMC)

Dear Judge Spero:

    The May 3, 2016 settlement conference in this case was scheduled by Magistrate Judge Sallie Kim during a scheduling teleconference on April 13, 2016. Judge Kim informed the parties that personal appearance was not necessary at the settlement conference, in consideration of the fact that some of the party representatives are located in Texas (Kenneth Rawling's guardian ad litem Larry Deatherage), Fairfield, Ohio (Great American Insurance Company) and Los Angeles (Jerald Schutte); or are no longer employed by the party and are appearing on its behalf as a courtesy because of their knowledge of the case (the City of Tracy). The parties and Judge Kim agreed to this method of conducting the settlement conference in order to obtain a timely conference date in light of rapidly approaching discovery cutoffs.

    Great American requests that its representative, Mark Vicario, appear by telephone as several parties have requested, because he resides in Ohio. Mr. Vicario is fully aware of all of the facts and events in this lawsuit, and has complete authority to negotiate and enter into a binding settlement on Great American's behalf. To date, he has already met in person with DeSilva counsel and representatives for a settlement meeting, and has conducted several telephonic negotiations with other parties over the past six months. Great American's physical absence from the settlement conference will not negatively affect its participation, and Mr. Vicario commits to being fully available by telephone all day.

www.smtdlaw.com

IRVINE • OAKLAND • PHOENIX

Hon. Chief Magistrate Judge Joseph Spero
United States District Court, Northern District of California
April 26, 2016
Page 2

    Thank you for your consideration of this matter. Great American looks forward to participating in the settlement conference with you on May 3, 2016.

    Sincerely,

**SALAMIRAD, MORROW,
TIMPANE & DUNN, LLP**

Edward R. Stepans, Esq.

ERS/sq
cc:    Douglas Marshall, Esq. (via email)
      Marshall Wallace, Esq. (via email)
      Tyson Shower, Esq. (via email)
      Mark Saltzman, Esq. (via email)
      Michael Willcoxon, Esq. (vial email)
      Richard Osman, Esq. (via email)

Dated: 4/27/16



IT IS SO ORDERED
Judge Joseph C. Spero