Michael J. Timpane, Cal. SBN 115238
Edward R. Stepans, Cal. SBN 154233
**SALAMIRAD, MORROW,**
**TIMPANE & DUNN LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone:   (510) 907-3245
Facsimile:    (510) 285-6052
mt@smtdlaw.com; es@smtdlaw.com

Attorneys for Plaintiff GREAT AMERICAN
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TG ASSOCIATES, LLC, et al.,<br><br>                    Defendants. | **Case 3:14-CV-01546 NMC**<br><br>**STIPULATION TO DISMISS DESILVA GATES CONSTRUCTION, L.P. WITHOUT PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Great American Insurance Company and defendant DeSilva Gates Construction, L.P. through their designated counsel, that the above-captioned action be and hereby is dismissed as to DeSilva Gates Construction, L.P., without prejudice, pursuant to the settlement agreement entered into between them before Magistrate Judge Joseph Spero on May 3, 2016 and memorialized in the subsequent written settlement agreements ("Settlement Agreements") executed between them and other parties effective May 27, 2016.  This stipulation is made pursuant to those Settlement Agreements, and is subordinate to those Settlement Agreements should any conflicts arise between the

terms and conditions of the Settlement Agreements and any effect of this stipulation for the dismissal of DeSilva Gates Construction, L.P. without prejudice.  Each party shall bear all of its own litigation expenses, including attorneys' and consultants' fees, costs and expenses.

Respectfully submitted,

Dated: May 27, 2016          /s/
                             Michael J. Timpane
                             SALAMIRAD MORROW
                             TIMPANE & DUNN LLC

                             Attorneys for Plaintiff Great American
                             Insurance Company

Dated: May 27, 2016          /s/
                             Michael Willcoxon

                             Attorney for Defendant DeSilva Gates
                             Construction, L.P.

**SO ORDERED.**

DATED: June 7, 2016          **U.S. DISTRICT COURT, NORTHERN**
                             **DISTRICT OF CALIFORNIA**

                             GRANTED

                             Judge Nathanael M. Cousins

SALAMIRAD MORROW
TIMPANE & DUNN
A LIMITED LIABILITY
PARTNERSHIP