Michael J. Timpane (SBN 115238)
Edward R. Stepans (SBN 154233)
**SALAMIRAD, MORROW, TIMPANE & DUNN LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
(510) 907-3245
(510) 285-6052 (f)
mt@smtdlaw.com; es@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TG ASSOCIATES, LLC, et al.,<br><br>Defendants. | **Case 3:14-CV-01546 NMC**<br><br>**STIPULATION TO DISMISS THE CITY OF TRACY WITHOUT PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Great American Insurance Company and defendant The City of Tracy, through their designated counsel, that the above-captioned action be and hereby is dismissed as The City of Tracy only, without prejudice, pursuant to the settlement agreement entered into between them before Magistrate Judge Joseph Spero on May 3, 2016. Each party shall bear all of its own litigation expenses, including attorneys' and consultants' fees, costs and expenses.

Salamirad, Morrow,
Timpane & Dunn LLP
a Limited Liability
Partnership

**STIPULATION TO DISMISS THE CITY OF TRACY WITHOUT PREJUDICE; ORDER**

Respectfully submitted,

Dated: June 1, 2016

/s/
Michael J. Timpane
SALAMIRAD MORROW
TIMPANE & DUNN LLC

Attorneys for Plaintiff Great American
Insurance Company

Dated: June 1, 2016

/s/
Richard Osman
BERTRAND, FOX, ELLIOT, OSMAN &
WENZEL

Attorneys for Defendant The City of Tracy

**SO ORDERED.**

DATED:  June 7, 2016

**U.S. DISTRICT COURT,
NORTHERN DISTRICT OF
CALIFORNIA**

By
s

GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SALAMIRAD, MORROW,
TIMPANE & DUNN LLP
A LIMITED LIABILITY
PARTNERSHIP

**STIPULATION TO DISMISS THE CITY OF TRACY WITHOUT PREJUDICE; ORDER**