Michael J. Timpane (SBN 115238)
Edward R. Stepans (SBN 154233)
**SALAMIRAD, MORROW, TIMPANE & DUNN LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
(510) 907-3245
(510) 285-6052 (f)
mt@smtdlaw.com; es@smtdlaw.com

Attorneys for Plaintiff
GREAT AMERICAN
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br>vs.<br><br>TG ASSOCIATES, LLC, et al.,<br><br>Defendants. | Case 3:14-CV-01546 NMC<br><br>**STIPULATION TO DISMISS CLARK WALLACE, GERALDINE WALLACE, AND THE CLARK E. AND GERALDINE M. WALLACE TRUST DATED JULY 9, 1991 WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff Great American Insurance Company and defendants Clark E. Wallace and Geraldine M. Wallace both as individuals and as Trustees of The Clark E. And Geraldine M. Wallace Trust dated July 9, 1991, and defendant The Clark E. And Geraldine M. Wallace Trust dated July 9, 1991, through their designated counsel, that the above-captioned action be and hereby is dismissed as to:

1.) Defendant Clark E. Wallace both as an individual and as Trustee of The Clark E. And Geraldine M. Wallace Trust dated July 9, 1991;

2.) Defendant Geraldine M. Wallace both as an individual and as Trustee of The Clark E. And Geraldine M. Wallace Trust dated July 9, 1991; and

3.) The Clark E. And Geraldine M. Wallace Trust dated July 9, 1991.

- 1 -

**STIPULATION TO DISMISS CLARK WALLACE, GERALDINE WALLACE, AND THE CLARK E. AND GERALDINE M. WALLACE TRUST DATED JULY 9, 1991 WITH PREJUDICE; ORDER**

This dismissal shall be of the aforementioned defendants only, with prejudice, pursuant to the settlement agreement entered into between them before Magistrate Judge Joseph Spero on May 3, 2016 and memorialized in the subsequent written settlement agreement executed by all of them effective May 3, 2016.

Respectfully submitted,

Dated: June 15, 2016

/s/
Edward R. Stepans
SALAMIRAD MORROW
TIMPANE & DUNN LLC

Attorneys for Plaintiff Great American Insurance Company

Dated: June 15, 2016

/s/
Marshall Wallace

Attorney for Defendants Clark E. Wallace and Geraldine M. Wallace as individuals and as Trustees of The Clark E. And Geraldine M. Wallace Trust dated July 9, 1991; and The Clark E. And Geraldine M. Wallace Trust dated July 9, 1991

**SO ORDERED.**

DATED:   June 20, 2016

**U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

By _____

GRANTED
Judge Nathanael M. Cousins

- 2 -

**STIPULATION TO DISMISS CLARK WALLACE, GERALDINE WALLACE, AND THE CLARK E. AND GERALDINE M. WALLACE TRUST DATED JULY 9, 1991 WITH PREJUDICE; ORDER**

SALAMIRAD, MORROW,
TIMPANE & DUNN LLP
A LIMITED LIABILITY
PARTNERSHIP

# PROOF OF SERVICE
*Great American Insurance Group v. TG Associates, LLC*
U.S. District Court, Northern District of California, Case No.: 3:14-CV-01546 NMC

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Salamirad, Morrow, Timpane & Dunn LLP, 17901 Von Karman Avenue, Suite 500, Irvine, California 92614. On **June 15, 2016**, I served the within document(s): **STIPULATION TO DISMISS CLARK WALLACE, GERALDINE WALLACE, AND THE CLARK E. WALLACE TRUST DATED JULY 9, 1991 WITH PREJUDICE; ORDER** on the interested party(s) as follows:

- ☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.
- ☐ U.S. MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
- ☐ PERSONAL SERVICE - by causing document(s) listed above to be personally delivered the person(s) at the address(es) set forth below.
- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below.
- ☑ ELECTRONIC – by electronically transmitting the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below.

| | |
|---|---|
| Douglas A. Marshall, Esq.<br>Kay & Merkle, LLP<br>100 The Embarcadero Penthouse<br>San Francisco, CA 94105<br>dmarshall@kmlaw100.com<br><br>Attorneys for Defendants<br>TG Associates LLC; S.N. Barnes LP; Norman A. Barnes; S.N. Barnes, Inc. | Marshall C. Wallace, Esq.<br>Allen Matkins Leck Gamble Mallory<br>  & Natsis LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>mwallace@allenmatkins.com<br><br>Attorneys for Defendants<br>The Clark E. and Geraldine M. Wallace Trust dated July 9, 1991; Geraldine Wallace; Clark Wallace |
| Tyson M. Shower, Esq.<br>Hanson Bridgett LLP<br>500 Capitol Mall, Ste. 1500<br>Sacramento, CA 95814<br>tshower@hansonbridgett.com<br><br>Attorneys for Defendants<br>Kenneth Rawlings Trust of 2002; Kenneth B. Rawlings | Mark E. Saltzman, Esq.<br>Law Offices of Mark E. Saltzman<br>18321 Ventura Blvd., Ste. 530<br>Tarzana, CA 91356<br>businessattorney@yahoo.com<br><br>Attorneys for Defendant<br>Jerald G. Schutte |
| Michael Willcoxon, Esq.<br>11555 Dublin Blvd, 1st floor<br>Dublin, CA 94568<br>mwillcoxon@desilvagroup.com<br><br>Attorney for Defendant<br>De Silva Gates Construction, L.P. | Richard W. Osman, Esq.<br>Bertrand, Fox, Elliot, Osman & Wenzel<br>2749 Hyde Street<br>San Francisco, California  94109<br>rosman@bfesf.com<br><br>Attorneys for Defendant<br>City of Tracy |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **June 15, 2016**, at Irvine, California.

*/s/ Sarah Quesada*
Sarah Quesada