UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE GROUP,<br><br>        Plaintiff,<br><br>        v.<br><br>TG ASSOCIATES LLC, et al.,<br><br>        Defendants. | Case No. 14-cv-01546 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL AND CASE TERMINATION** |

With the dismissal of defendant Jerald Shutte, Great American Insurance Group has resolved all of its claims in this case. Dkt. No. 175. Thus, the Court vacates the status conference set on September 2, 2016.

The only outstanding issue in this case is the stipulated judgment between Great American and defendants TG Associates, SN Barnes L.P., SN Barnes Inc., and Norman Barnes. Dkt. No. 140. The stipulation at docket number 140 provides that Great American may move for judgment after a period of at least 270 days from May 13, 2016. The Court orders the clerk to conditionally dismiss and close this case. Great American may move to administratively reopen the case by April 7, 2017, or further court order.

The Court retains jurisdiction over the settlement between Great American and TG Associates, SN Barnes L.P., SN Barnes Inc., and Norman Barnes.

**IT IS SO ORDERED.**

Dated: August 30, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-01546 NC